[No. 50590-4-I. Division One. August 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DENIS P. MAHONY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05886-6, James D. Cayce, J., entered June 4, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50680-3-I. Division One. August 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERMAN DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07999-5, Paris K. Kallas, J., entered June 21, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker and Agid, JJ.

[No. 50899-7-I. Division One. August 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVIN JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02039-5, Paris K. Kallas, J., entered July 10, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50915-2-I. Division One. August 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN ARTHUR MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08594-4, Jay V. White, J., entered August 9, 2002. *Affirmed* by unpublished per curiam opinion.